AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEVIN E. HARDAWAY,

           Plaintiff,

v.

LT. KAPLAN,

           Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-305

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 25, 2024, Plaintiff's Complaint is dismissed for failing to obey a court order and failing to prosecute his case.  Defendant's Motions to Dismiss and to Stay are dismissed as moot.  This case stands closed.

Approved by: _/s/ Christopher L. Ray_
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

April 25, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_/s/_
(By) Deputy Clerk

GAS Rev 10/2020